IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| COMPUTER CIRCUIT OPERATIONS LLC,<br><br>Plaintiff<br><br>v.<br><br>NXP USA, INC., NXP SEMICONDUCTORS N.V., AND NXP B.V.,<br><br>Defendants | Civil Action No.: 6:21-cv-00138-ADA<br><br>**Jury Trial Demanded** |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court hereby GRANTS the motion. It is therefore ORDERED that all claims asserted in this action are dismissed WITH PREJUDICE. It is further ORDERED that each party shall bear its own attorneys' fees, costs, and expenses.

SIGNED this 29th day of October, 2021

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1